MATILDA SCHNEIDER, Appellant, *v.* THE CITY OF ROCHESTER, Respondent.

Reported below, 33 App. Div. 458.
(Submitted April 17, 1899; decided April 25, 1899.)

MOTION to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 14, 1898, affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

The motion was made upon the ground that the appeal is of public importance.

*Elbridge L. Adams* for motion.

No one opposed.

Motion granted, without costs.

---

NEW BRITAIN NATIONAL BANK, Appellant, *v.* A. B. CLEVELAND COMPANY, LIMITED, et al., Respondents.

(Submitted April 17, 1899; decided April 25, 1899.)

Motion for reargument denied, with ten dollars costs. (See 158 N. Y. 722.)